**FILED**
06/21/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Jared Mypratt_

-vs-

(Full name of defendant(s))

_Dennis Reagle Et Al,_

_M. Bryant, Mr Ertle, Capt Bowman, Lt Phlegger_

_Health Services Administrator (Name Unknown)_

_Eye Doctor at PCF (Name Unknown) Physical Doctor at PCF (Name Unknown)_

Case Number:

2:23-cv-00317-JMS-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
   (State)

   _WVCF #1111 Carlisle Ind 47838_
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Dennis Reagle Et Al_
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _Indiana_
(State, if known)

and (if a person) resides at _N/A_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _PCF 4490 Reformatory Rd Pendleton Ind 46064_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_See Attachment_

Sec 4(B) (Statement of claim)

On or about Oct 29, 2021 Plaintiff sustained an eye injury due to unsafe living conditions and recieved delayed and inadequate care for said injury.

On or about Nov 3, 2021 plaintiff submitted a medical request for injuries sustained on Oct 29, 2021 medical did not respond for two weeks, causing plaintiff to suffer severe headaches, loss of vision and dizzy spells. Plaintiff did not get an X-Ray until Nov 23, 2021 Plaintiff was referred immediately to a Facility Contractor outside of Pendleton Corr. Facility. Plaintiff did not see the Contracted eye Doctor until March 15, 2022. This caused plaintiff to suffer severe headaches, Dizzy spells, and permanent loss of vision. Plaintiff requested medical assistance, was supposed to recieve pain meds (per doctor) but never recieved any assistance.

Plaintiff spoke directly to Mr Reagle, Ms. Bryant Mr Ertle, Capt. Boloman, Lt. Phlegger, about unsafe living conditions, especially the showers in G-C-H. Plaintiff Submitted several Grievances concerning unsafe living conditions, and pursued all "available" grievance process

Plaintiff wrote the Health Services Administrator at Pendleton Corr. Facility about lack of treatment concerning the Eye injury, a response wasn't given

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Any and All allowable by law

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case
    OR

☐ Court Trial – I want a judge to hear my case

Dated this __16__ day of __June__ 20__23__.

Respectfully Submitted,

_____J. Myrnott_____
Signature of Plaintiff

_____120001_____
Plaintiff's Prisoner ID Number

_____WVCF #1111 Carlisle Ind 47838_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.