UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JARED MYNATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00317-JMS-MKK |
| ) | |
| DENNIS REAGLE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| WARDEN OF WABASH VALLEY ) | |
| CORRECTIONAL FACILITY, ) | |
| ) | |
| Interested Party. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. This action is dismissed with prejudice.

Date: 4/18/2024

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JARED MYNATT
120001
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838